IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> J.G. WENTWORTH S.S.C. LIMITED PARTNERSHIP, TASHA BOGART, and RAVEN BOGART, <br><br> Defendants. | § § § § § § § § § § § § § § Case No. 6:23-cv-00462-ADA-JCM |

**JOINT MOTION FOR DEFAULT JUDGMENT, INTERPLEADER RELIEF,
AND DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT**

Plaintiff American General Life Insurance Company ("American General") and Defendant J.G. Wentworth S.S.C. Limited Partnership ("JGW")—the only Defendant that has appeared in this interpleader action—(collectively, the "Parties") file this Joint Motion for Default Judgment, Interpleader Relief, and Disbursement of Funds from the Registry of the Court. For the reasons below, the Parties requests that the Court enter a default judgment against Defendants Tasha Bogart ("Tasha") and Raven Bogart ("Raven"), award American General the relief requested in its Complaint in Interpleader, approve JGW's claim to the Disputed Payments (defined below) and award said payments to JGW, order disbursement of the Disputed Payments (defined below) as set forth below, and dismiss American General with prejudice from this action. In support of this Motion, the Parties respectfully show the Court as follows:

1. This action involves competing claims to certain payments due under annuity contract No. 255741 (the "Annuity"). *See* ECF No. 1.

2. On June 22, 2023, American General initiated this action by filing a Complaint in Interpleader against Defendants, who had each previously asserted a claim to annual payments due under the Annuity from December 1, 2015 through and including December 1, 2028 (the "Disputed Payments"), concomitantly with its Motion for Leave to Deposit Funds into the Registry of the Court. ECF Nos. 1, 3.

3. On August 2, 2023, American General filed its Amended Motion for Leave to Deposit Funds into the Registry of the Court at the Court's request, clarifying that the funds were to be deposited into the Disputed Ownership Fund of the CRIS. ECF No. 7.

4. On August 3, 2023, the Court granted American General's Amended Motion for Leave to Deposit Funds into the Registry of the Court and directed American General to deposit the held Disputed Payments that were due from December 1, 2015 through and including December 1, 2022 into the Registry of the Court and for each subsequent Disputed Payment to be deposited into the Registry of the Court as it comes due. ECF No. 8.

5. The clerk entered a Registry Deposit acknowledging receipt of the held Disputed Payments on August 18, 2023, in the total amount of $142,831.30. ECF No. 13.

6. JGW filed Defendant J.G. Wentworth S.S.C. Limited Partnership's First Amended Interpleader Answer to Plaintiff American General Life Insurance Company's Complaint in Interpleader and Claim to Stake (the "JGW Answer/Claim") on September 13, 2023.  ECF No. 17.

7. Neither Raven nor Tasha have answered, or otherwise appeared in this case.

8. The Clerk entered default against Raven through the Clerk's Entry of Default on September 13, 2023. ECF No. 19.

9. The Clerk entered default against Tasha through the Clerk's Entry of Default on September 13, 2023. ECF No. 20.

10. The Parties have now agreed to resolve all claims and disputes relating to this interpleader action, the Annuity, and the Disputed Payments, and request that the Court enter their Agreed Order and:

    a. ENTER default judgment against Tasha and Raven.[1]

    b. GRANT American General Life Insurance Company's claim for interpleader.

    c. GRANT JGW's claim to the stake (the Disputed Payments), as set forth in paragraphs 33-39 of the JGW Answer/Claim.

    d. ORDER that the Defendants are enjoined and restrained from instituting or prosecuting further any proceeding in any State or United States court, including this Court, either at law or in equity, against American General Life Insurance Company or its affiliates and agents arising out of or relating to American General annuity No. 255741 (the "Annuity") or the annual payments due under the Annuity from December 1, 2015 through and including December 1, 2028 (the "Disputed Payments").

    e. ORDER that American General and its affiliates and agents be fully and finally discharged from any further liability, whether to Defendants or otherwise, arising out of or relating to the Annuity or the Disputed Payments.

    f. ORDER that American General is awarded its reasonable and necessary attorneys' fees of $7,794.00 and costs in the amount of $939.75.

    g. ORDER that the held Disputed Payments in the amount of $142,831.30 deposited into the Disputed Ownership Fund of the CRIS, plus any daily accrued interest while in CRIS, are awarded as follows:

        i. $134,097.55 to J.G. Wentworth S.S.C. Limited Partnership; and

---

[1] With respect to default judgment in the context of interpleader actions, "[a] named interpleader defendant who fails to answer the interpleader complaint and assert a claim to the res forfeits any claim of entitlement that might have been asserted." *Shuqualak Lumber Co. v. Hardin*, No. CIVA 1:08CV297-P-S, 2009 WL 2767676, at *2 (N.D. Miss. Aug. 27, 2009). In accordance with the entry of default judgment, a plaintiff should be awarded the relief requested in its complaint in interpleader, including dismissal of the plaintiff from the action and any potential claims the defendants may have had against plaintiff with respect to the interpleaded funds. *Id.*; *see Sun Life Assurance Co. of Canada v. Turner*, No. 3:10-CV-2063-O, 2011 WL 13234397, at *3 (N.D. Tex. May 19, 2011) (finding default judgment appropriate on a complaint in interpleader where multiple competing claims expose the plaintiff to multiple liabilities).

    ii. $8,733.75 to American General Life Insurance Company, representing its reasonable and necessary attorneys' fees and costs incurred in connection with this interpleader action.

h. ORDER the Clerk of Court to release the total amount of One Hundred Forty-Two Thousand Eight Hundred Thirty-One and 30/100 Dollars ($142,831.30), plus any daily accrued interest accrued on this sum while in the CRIS, from the Disputed Ownership Fund of the CRIS by checks made payable and addressed as follows:

    i. **One Hundred Thirty-Four Thousand Ninety-Seven and 55/100 Dollars ($134,097.55) to J.G. Wentworth S.S.C. Limited Partnership:**
   *Payee:* J.G. Wentworth S.S.C. Limited Partnership
   *Address:* c/o Earl Nesbitt
           Rogge Dunne Group, P.C.
           500 N. Akard Street, Suite 1900
           Dallas, Texas 75201

    ii. **Eight Thousand Seven Hundred Thirty-Three and 75/100 Dollars ($8,733.75) to American General Life Insurance Company:**
   *Payee:* American General Life Insurance Company
   *Address:* c/o McDowell Hetherington LLP
           1000 Ballpark Way, Suite 209
           Arlington, TX 76011

Any interest that accrued on the $142,831.30 in funds deposited into the Disputed Ownership Fund of the CRIS by American General shall be awarded and paid to J.G. Wentworth S.S.C. Limited Partnership, and added to the amount listed in section h(i).

i. ORDER that J.G. Wentworth S.S.C. Limited Partnership is awarded and shall be paid all remaining Disputed Payments due under the Annuity as follows:

    i. $20,347.23 due on December 1, 2023;
    ii. $20,957.65 due on December 1, 2024;
    iii. $21,586.38 due on December 1, 2025;
    iv. $22,233.97 due on December 1, 2026;
    v. $22,900.99 due on December 1, 2027; and
    vi. $23,588.02 due on December 1, 2028.

These future payments shall be paid and remitted directly to JGW by American General as and when they become due and payable under the schedule set forth in the Annuity at the following address:

      J.G. Wentworth S.S.C. Limited Partnership
      P.O. Box 7780-4244
      Philadelphia, PA 19182

  j. ORDER that any and all claims, demands, debts, or causes of action arising out of or relating to the Annuity or the Disputed Payments that could have been asserted herein against American General by Defendants are dismissed with prejudice and this action is dismissed with prejudice, with each party bearing its own attorneys' fees and costs of court.

11. The Parties' respectfully request that the Court enter the Parties' Agreed Order, filed concomitantly herewith, which fully and finally resolves this interpleader action.

Dated: October 2, 2023         Respectfully submitted,

                By: */s/ Emily K. Felix*
                Emily K. Felix
                State Bar No. 24093777
                E-mail: emily.felix@mhllp.com
                Ryan A. Phipps
                State Bar No. 24110222
                E-mail: ryan.phipps@mhllp.com
                MCDOWELL HETHERINGTON LLP
                1000 Ballpark Way, Suite 209
                Arlington, Texas 76011
                Telephone: (817) 635-7300
                Facsimile: (817) 635-7308

                *Attorneys for Plaintiff*
                *American General Life Insurance Company*


                By: */s/ Earl S. Nesbitt (with permission)*
                Earl S. Nesbitt
                ROGGE DUNN GROUP, PC
                500 N. Akard Street, Suite 1900
                Dallas, Texas 75201
                Phone: 214-888-5000
                Fax: 214-220-3833
                E-mail: nesbitt@roggedunngroup.com

                *Attorney for Defendant J.G. Wentworth S.S.C. Limited Partnership*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2023, a true and correct copy of the foregoing was served on the following parties by CM/ECF or first class mail:

Earl S. Nesbitt  
ROGGE DUNN GROUP, PC  
500 N. Akard Street, Suite 1900  
Dallas, TX 75201  

Tasha Bogart  
802 N. College Street, Apt D  
Killeen, TX 76541  

Raven Bogart  
577 East Valley Road  
Rydal, GA 30171  

                                          */s/ Emily K. Felix*  
                                          Emily K. Felix